HELEN G. CAVANAGH, Respondent, v. JOHN JEFFERSON CAVANAGH, Appellant.— Order striking the provision for alimony from the final judgment of divorce and reducing the allowance for the maintenance of the infant children from thirty dollars a week to twenty dollars a week affirmed, in so far as appealed from, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

THE CITIZENS NATIONAL BANK OF FREEPORT, N. Y., Respondent, v. SOPHIE MINTZ, and Others, Appellants.— Order granting motion for judgment on the pleadings and the judgment entered thereon reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. To entitle a plaintiff to summary judgment, where an answer sets up section 1077-b of the Civil Practice Act as a defense, it must appear without contradiction that an action is maintainable to foreclose a mortgage given simultaneously as security for the payment of a note. The complaint in this case does not allege that interest on the note is due and remains unpaid, nor that taxes remain unpaid after notice and demand. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

COGWILL LAND CO., INC., Appellant, v. JEREMIAH J. COUGHLAN, Respondent. — Order striking out appearance of Siegeltuch, Butler & Kraft as plaintiff's attorneys, setting aside the service of the summons and complaint and dismissing the summons and complaint, and order vacating a notice for the examination of defendant before trial affirmed, with ten dollars costs and disbursements. The treasurer of the plaintiff, a business corporation, without the assent of the board of directors, had no authority to retain attorneys on behalf of the corporation and to prosecute an action in its name against the president for moneys alleged to have been advanced to him by the corporation. The treasurer, as a stockholder, has an adequate remedy under the facts disclosed by this record. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.